Angelo MULDROW, Plaintiff–
Appellant,

v.

CITY OF FLORENCE, SOUTH CAR-
OLINA, sued in its official capacity;
The County of Florence, South Car-
olina; John Lambert, Administrator,
Florence County Detention Center,
staff member at Florence County De-
tention Center, and sued in his indi-
vidual and official capacity; Brian
Strother, staff member at Florence
County Detention Center, and sued in
his individual and official capacity;
Stanley Baldwin, staff member at
Florence County Detention Center,
sued in his individual and official ca-
pacity; NFN Neal, staff member at
Florence County Detention Center,
sued in his individual and official ca-
pacity; Bobby Redden, staff member
at Florence County Detention Center,
sued in his individual and official ca-
pacity; Joey McKnight, staff member
at Florence County Detention Center
sued in his individual and official ca-
pacity; Joyce Brunson, staff member
at Florence County Detention Center,
sued in his individual and official ca-
pacity; Lowanda Carr, staff member
at Florence County Detention Center,
sued in his individual and official ca-
pacity; Hattie Scott, staff member at
Florence County Detention Center,
sued in her individual and official ca-
pacity; R. Hooks, staff member at
Florence County Detention Center,
sued in his individual and official ca-
pacity; NFN Jarmon, staff member at
Florence County Detention Center,
sued in his individual and official ca-
pacity; Susan McDougal, staff mem-
ber at Florence County Detention
Center, sued in her individual and of-
ficial capacity; Lowery Williams,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Britton,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Miles,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; Michael Brown,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Jackson,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Leverene,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN David,
CPL staff member at Florence County
Detention Center, sued in his individ-
ual and official capacity; NFN Evans,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Lowery,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity; NFN Jamison,
staff member at Florence County De-
tention Center, sued in his individual
and official capacity, Defendants–Ap-
pellees.

No. 02–7137.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Angelo Muldrow, Appellant Pro Se. Donna Seegars Givens, Woods & Givens, L.L.P., Lexington, South Carolina; Robert Thomas King, Willcox, Buyck & Williams, P.A., Florence, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Angelo Muldrow appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Muldrow v. City of Florence,* No. CA–01–3701–0–18–BD (D.S.C. July 15, 2002). Muldrow's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*